**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6308**

_____

FLOYD D. ASHWOOD,

Plaintiff - Appellant,

and

GEORGE L. REID; JERRY HARRIS; LUIS LUGO;
STEVEN J. RICHMOND; JOHN FARMER; ROBERT
HUDSON; TYRONE WILKINS; DOUGLAS S. PEARSON;
MAURICE JETT; WILLIAM KEITH SMITH; KENYATTA
WILLIAMS; T. KENDRICK; J. POWELL; K. KENNEY,

Plaintiffs,

versus

STAN BARRY, Sheriff; JANE CORCORAN,
Supervisor, Lt. Classification Unit; FAIRFAX
COUNTY BOARD OF SUPERVISORS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca B. Smith, District
Judge. (CA-02-59-2)

_____

Submitted: April 18, 2002        Decided: April 30, 2002

_____

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

---

Floyd D. Ashwood, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Floyd D. Ashwood appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ashwood v. Barry, No. CA-02-59-2 (E.D. Va. Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED